**SHARPER IMAGE CORPORATION and Zenion Industries, Inc., Plaintiffs–Appellants,**

v.

**NEOTEC, INC., Defendant,**

and

**Indoor Purification Systems, Inc., Defendant–Appellee,**

and

**Asset Marketing Services, Inc. (doing business as Next Ten), Defendant.**

**No. 05–1456.**

United States Court of Appeals, Federal Circuit.

March 14, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Mark Vincent SHOEN.**

**No. 06–1199.**

United States Court of Appeals, Federal Circuit.

March 14, 2006.

ON MOTION

*ORDER*

Upon consideration of Mark Vincent Shoen's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.